UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY LEVEQUE, as Personal Representative of the ESTATE OF DYLAN R. MCGINLEY, a deceased person, as assignee,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON EXCESS INSURANCE COMPANY,<br><br>Defendant. | Case No. C25-1011-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO USE WORK PRODUCT |

This matter comes before the Court on Defendant's Motion for Leave to Use Work Product, Dkt. #19. The Motion is unopposed. *See* Dkt. #22 at 1 ("Plaintiff respectfully requests that the Court (1) grant Defendant's Motion[.]"). Accordingly, the Court will grant Defendant's Motion. The Court will deny Plaintiff's improper request included in the Response, to "direct Hudson to disclose all the documents it has withheld on the basis of the insured's work product protection[,]" at this time. Dkt. #22 at 7; *see also* Dkt. #23 at 3 ("the parties have not engaged in a discovery conference regarding Hudson's work product"); LCR 7(k) and 37 ("Any motion for an order compelling disclosure or discovery must include a certification . . . that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to resolve the dispute without court action.").

ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO USE WORK PRODUCT - 1

1  Having considered the instant Motion, responsive briefings, and the remainder of the
2  record, the Court hereby finds and ORDERS that Defendant's Motion for Leave to Use Work
3  Product, Dkt. #19, is GRANTED.

DATED this 25th day of November, 2025.

_____
Ricardo S. Martinez
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO USE WORK PRODUCT - 2