UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TIFFANY LEVEQUE, as Personal Representative of the ESTATE OF DYLAN R. McGINLEY, a deceased person, as assignee,

Plaintiff,

vs.

HUDSON EXCESS INSURANCE COMPANY,

Defendant.

NO.  2:25-cv-01011 RSM

**STIPULATION AND ORDER STAYING CASE**

**Noting Date: March 19, 2026**

Plaintiff Tiffany Leveque, as personal representative of the estate of Dylan R. McGinley, and Defendant Hudson Excess Insurance Company respectfully request that the Court stay the case until settlement is finalized.  Out of an abundance of caution, to conclusively discharge her duties as personal representative of the estate of Dylan R. McGinley, Ms. Leveque has sought appointment of a Settlement Guardian ad Litem ("SGAL"), which culminates in a hearing pursuant to SPR 98.16W.  This process is expected to conclude within approximately 45 days.

Accordingly, the parties jointly move and stipulate to a stay in this matter so that there are no impending case deadlines and so that the Court need not monitor the case.

ORDER STAYING CASE - 1

ANDERSON SANTIAGO, PLLC

By:  /s/ Jason D. Anderson
Jason D. Anderson, WSBA No. 38014
T. Tyler Santiago, WSBA No. 46004
Attorneys for Plaintiff
207B Sunset Blvd. N
Renton, WA 98057
(206) 395-2665
(206) 395-2719 (fax)

SOHA & LANG, P.S.

s/ Jennifer Dinning
Paul Rosner, WSBA # 37146
Jennifer Dinning, WSBA # 38236
Benjamin K. Helford, WSBA # 46960
Email: rosner@sohalang.com;
dinning@sohalang.com; helford@sohalang.com
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: 206-624-1800
Attorneys for Attorneys for Defendant
Hudson Excess Insurance Company

Based upon the parties' stipulation, this case is hereby STAYED.  Assuming the settlement is effectuated as expected, the parties may notify the Court or file appropriate documentation at that time.

IT IS SO ORDERED.

Entered this 23rd day of March, 2026

_____
UNITED STATES DISTRICT JUDGE

Stipulated by:

ANDERSON SANTIAGO, PLLC

By:  /s/ Jason D. Anderson
T. Tyler Santiago, WSBA #46004
Jason Anderson, WSBA# 38014
Attorney for Plaintiff

SOHA & LANG, P.S.

s/ Jennifer Dinning
Paul Rosner, WSBA # 37146
Jennifer Dinning, WSBA # 38236

ORDER STAYING CASE - 2

Benjamin K. Helford, WSBA # 46960
Email: rosner@sohalang.com;
dinning@sohalang.com; helford@sohalang.com
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: 206-624-1800
*Attorneys for Attorneys for Defendant*
*Hudson Excess Insurance Company*

ORDER STAYING CASE - 3